THOMAS A. PATTESON, JR., Respondent, *v.* THE ONGLEY
ELECTRIC COMPANY, Appellant.

*Patteson* v. *Ongley Electric Co.,* 87 Hun, 462, affirmed.
(Argued March 8, 1898; decided March 22, 1898.)

APPEAL from a judgment of the late General Term of the
Supreme Court in the first judicial department, entered June
24, 1895, affirming a judgment in favor of plaintiff entered
upon a verdict directed by the court.

*Rufus W. Peckham, Jr.,* and *Wheeler H. Peckham* for
appellant.

*Edmund Francis Harding* and *John R. Dos Passos* for
respondent.

Judgment affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., not sitting.

---

JACOB RINGLE et al., Respondents, *v.* THE WALLIS IRON
WORKS, Appellant, and THE J. L. MOTT IRON WORKS.

*Ringle* v. *Wallis Iron Works,* 86 Hun, 153, affirmed.
(Argued March 8, 1898; decided March 22, 1898.)

APPEAL from an order and judgment of the late General
Term of the Supreme Court in the first judicial department,
entered April 23, 1895, affirming a judgment in favor of
plaintiffs entered upon a decision of the court on trial at
Special Term.

*William G. Wilson* for appellant.

*E. L. Collier* and *Thomas C. Ennever* for respondents.

Order and judgment affirmed, with costs, on opinion below.
All concur, except PARKER, Ch. J., not sitting.